No. 92–7416. PORTER *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 92–7417. LANIER *v.* HAYNES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7419. TURNER *v.* MARKS, ATTORNEY GENERAL OF HAWAII, ET AL. Sup. Ct. Haw. Certiorari denied.

No. 92–7422. SAVINO *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Va. Certiorari denied.

No. 92–7429. GREEN *v.* SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7440. KOESTER *v.* RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7443. BENTLEY *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 92–7446. HOULE ET UX. *v.* ALLSTATE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 92–7457. MATHENIA *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 92–7460. NARA *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 92–7465. NGUYEN *v.* EVANS. C. A. 4th Cir. Certiorari denied.

No. 92–7474. MCGINTY *v.* RUE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7475. PENICK *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 92–7476. LIGGINS *v.* ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.